UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | No. 2:24-cv-0400 TLN DB P<br><br><br>ORDER |

　　　Petitioner requested an extension of time to file objections to the findings and recommendations filed on June 5, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Petitioner's request for an extension of time (ECF No. 6) is granted; and

　　　2. Petitioner shall file objections to the findings and recommendations on or before July 23, 2024.

Dated: July 1, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
will0400.111

1